IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DREW NORRIS, | § | |
| | § | No. 396, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 1301006997 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 4, 2014
Decided: December 12, 2014

## ORDER

This 12th day of December 2014, it appears to the Court that, on November 20, 2014, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Randy J. Holland
Justice